***E-FILED on 3/5/12***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANK MELONZI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUE HUBBARD, Warden,<br><br>　　　　Defendant. | No. C-01-20631 RMW<br><br>REQUEST FOR BRIEFING |

This case was returned to the district court so that the court may determine whether the introduction of the rape evidence was harmless error in accordance with the analysis set forth in *Brecht v. Abrahamson*, 507 U.S. 619 (1993). The petitioner is given until April 5, 2012 to submit a brief on the issue. Respondent is given until April 30, 2012 to respond.

DATED: 3/5/12

　　　　　　　　　　　　　　　　　　　　　　　　　
RONALD M. WHYTE
United States District Judge

Request for Briefing
C-01-20631

1
2 Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28