1
2
3                                                          **E-FILED on        11/28/2012**
4
5
6
7
8                           IN THE UNITED STATES DISTRICT COURT
9                         FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                                       SAN JOSE DIVISION
11
12   FRANK MELONZI,,                           No. C-09-00610 RMW
13              Petitioner,                    JUDGMENT
14         v.
15   SUE HUBBARD, Warden,
16              Respondent.
17
18         On November 15, 2012 the court granted Frank Melonzi's petition for writ of habeas
19   corpus vacating his conviction for continuous sexual abuse of a child in violation of California
20   Penal Code § 288.5 and the sentence imposed, subject to the State's right to commence a retrial
21   within sixty (60) days on the § 288.5 charge.
22         Judgment is hereby entered in accordance therewith.
23
24
25   DATED:    November 28, 2012                    *Ronald M. Whyte*
                                                    RONALD M. WHYTE
26                                                  United States District Judge
27
28


JUDGMENT