**E-FILED on** 11/29/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRANK MELONZI,, <br>     Petitioner, <br>   v. <br> SUE HUBBARD, Warden, <br>     Respondent. | No. C-01-20631 RMW <br><br> AMENDED JUDGMENT |

The previous Judgment, Dkt. No. 59, wrongly stated the case number. This Amended Judgment corrects that typographical error.

On November 15, 2012 the court granted Frank Melonzi's petition for writ of habeas corpus vacating his conviction for continuous sexual abuse of a child in violation of California Penal Code § 288.5 and the sentence imposed, subject to the State's right to commence a retrial within sixty (60) days on the § 288.5 charge.

Judgment is hereby entered in accordance therewith.

DATED: November 29, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

CO GP F GF "JUDGMENT